UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| In re: | Case No. 08-40111 |
| | Chapter 7 |
| Matthew Allan Volkers, | |
| | ***ORDER GRANTING*** |
| Debtor. | ***MOTION FOR RELIEF FROM STAY*** |

_____

The above-entitled matter came before the Court on the motion of Wells Fargo Auto Finance, Inc., servicer for Wells Fargo Bank, N.A. seeking relief from the automatic stay of 11 U.S.C. §362. Based upon all of the files and records herein, the Court now finds that cause exists entitling Wells Fargo Auto Finance, Inc., servicer for Wells Fargo Bank, N.A. to the relief requested.

NOW, THEREFORE, IT IS HEREBY ORDERED that the automatic stay of 11 U.S.C. §362 is immediately terminated as to Wells Fargo Auto Finance, Inc., servicer for Wells Fargo Bank, N.A., and Wells Fargo Auto Finance, Inc., servicer for Wells Fargo Bank, N.A. is authorized to foreclose its interest in the subject 2002 Cadillac Escalade, vehicle identification number 3GYEK63N32G275316 in accordance with State law. Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: __February 14, 2008__

/e/ Nancy C. Dreher
_____
Nancy C. Dreher
ChiefUnited States Bankruptcy Judge

> NOTICE OF ELECTRONIC ENTRY AND
> FILING ORDER OR JUDGMENT
> Filed and Docket Entry made on *02/14/2008*
> Lori Vosejpka, Clerk, By KK

131221