## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | **CHAPTER 7 CASE** |
| Matthew Allan Volkers | **CASE NO. 08-40111 NCD** |
| Debtor. | **ORDER** |

This case came before the court on the motion of Wells Fargo Bank, N.A., its Successor and/or Assigns, seeking relief from the stay imposed by 11 U.S.C. § 362. Based upon all of the files and records,

IT IS ORDERED: the movant, its assignees and successors in interest, are granted relief from the stay imposed by 11 U.S.C. § 362 with regard to that certain mortgage deed dated July 28, 2005, executed by Matthew A. Volkers, an unmarried person, recorded on August 1, 2005, as Document No. 1162828, covering real estate located in Stearns County, Minnesota, legally described as follows, to-wit:

> Lot Seven (7), Block Five (5), BLACKBERRY FARMS, according to the plat
> and survey thereof on file and of record in the office of the County Recorder in
> and for Stearns County, Minnesota.

and may pursue its remedies under state law in connection with the subject note and mortgage deed.

Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: April 17, 2008

/e/ Nancy C. Dreher

Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 4/17/08
Lori A. Vosejpka, Clerk, By KK