UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------
In Re:

Matthew Allan Volkers fdba
Sans Pareil, Inc.

                                                            ORDER
        Debtor.

Chapter 7, Case No. 08-40111
------------------------------

     The above entitled matter came on for hearing upon motion of National City Real Estate Services LLC, ("Movant"), pursuant to 11 U.S.C. Section 362 on May 8, 2008, at the U.S. Bankruptcy Court, Minneapolis, Minnesota.  Appearances were as noted in the record.  Based upon the evidence adduced at said hearing, the arguments of counsel, and the Court being fully advised of the premises,

     IT IS HEREBY ORDERED THAT:

     The automatic stay imposed by 11 U.S.C. §362 is hereby terminated as to the real property over which the Movant, its successors and/or assigns, has an interest, said property legally described as follows, to-wit:

That part of Government Lot 3, Section 18, Township 133, Range 40, Otter Tail County, Minnesota, described as follows: Commencing at the Southwest corner of said Government Lot 3; thence North 88 degrees 39 minutes 53 seconds East, assumed bearing, along the South line thereof 536.63 feet to the point of beginning of the tract to be herein described; thence North 88 degrees 39 minutes 53 seconds East along said South line 295.18 feet; thence North 19 degrees 57 minutes 42 seconds East 742 feet, more or less, to the shoreline of Third Silver Lake; thence Northwesterly along said shoreline to the intersection with a line bearing North 21 degrees 54 minutes 07 seconds East from the point of beginning; thence South 21 degrees 54 minutes 07 seconds West 981 feet, more or less, to the point of beginning. Along with all lands lying between the meander line shown on the above-referenced lot and the ordinary high water mark of Third Silver Lake.

Subject to and together with an easement for ingress, egress, and utility purposes over, under, and across the South 100.00 feet of Government Lot 3, Section 18, Township 133, Range 40, Otter Tail County, Minnesota, lying Westerly of the East 1320.00 feet of said Government Lot 3 and lying Northerly of the North right-of-way line of Township Road 250th Street.

Said easement to be used for uninterrupted and ungated vehicular and pedestrian ingress, egress and utility purposes. Grantor, its successors and assigns reserve the right to improve, maintain and repair said easement area consistent with its intended purposes.

     Movant, its successors and assigns, may proceed to foreclose its mortgage in accordance with Minnesota Statutes.  Movant's request for attorneys fees and costs shall not be considered as this is governed by state law.  Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

                                                           /e/ Nancy C. Dreher
Dated:    May 8, 2008

                                                           Honorable Nancy C. Dreher
                                                           Judge of the Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/08/2008*
Lori Vosejpka, Clerk, by KK