# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:                                          Chapter 7 Case

MATTHEW ALLAN VOLKERS,                          BKY No. 08-40111 - NCD

Debtor.

## APPLICATION TO REOPEN CHAPTER 7 BANKRUPTCY CASE

The application of J. Richard Stermer, Trustee ("Applicant") respectfully represents:

1. Applicant is the former Chapter 7 Trustee in the above-captioned bankruptcy case.

2. On May 8, 2008, an Order was entered closing this case and discharging the Trustee.

3. Based on information received, the Trustee believes that there will now be a recovery of a preference payment from American Express in this bankruptcy estate.

4. Applicant requests that the filing fee for reopening this case be waived.

WHEREFORE, Applicant respectfully requests that this case be reopened and that the Applicant be reappointed as the Chapter 7 Trustee in this case, and for such other and further relief as is just and equitable.

Dated: June 4, 2008.                            /e/ J. Richard Stermer

J. Richard Stermer, Trustee
P.O. Box 514
Montevideo, MN 56265
Phone: (320) 269-6491
Fax: (320) 269-5433
E-Mail: rstermer@montelaw.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Chapter 7 Case |
| MATTHEW ALLAN VOLKERS, | BKY No. 08-40111 - NCD |
| Debtor. | |

## ORDER REOPENING CHAPTER 7 BANKRUPTCY CASE

Upon consideration of the Application of J. Richard Stermer, the former Chapter 7 Trustee in the above-captioned bankruptcy case, to reopen the bankruptcy case and to reappoint J. Richard Stermer as the Chapter 7 Trustee in this case, and as good cause has been shown;

**IT IS HEREBY ORDERED:**

1. That the above-referenced bankruptcy case is reopened and J. Richard Stermer is reappointed as the Chapter 7 Bankruptcy Trustee in this case, and the filing fee is waived.


Dated: _____, 2008        BY THE COURT:


                                  _____

                                  Judge of Bankruptcy Court