UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                                    Chapter 7 Case

MATTHEW ALLAN VOLKERS,                              BKY No. 08-40111 - NCD

Debtor.

## ORDER APPROVING SETTLEMENT

This matter came before the Court on the Chapter 7 Trustee's Notice of Settlement or Compromise for an order approving a settlement with American Express, regarding an alleged preference payment.   No objection having been filed, and based upon the Notice of Settlement or Compromise and all the files and records in this case:

IT IS HEREBY ORDERED: The settlement, as described in the Notice of Settlement or Compromise, dated June 9, 2008, is approved, and American Express shall pay the bankruptcy estate the sum of $750.00 for the compromised settlement of this preference claim.

Dated   July 3, 2008

BY THE COURT:

/e/ Nancy C. Dreher

Hon. Nancy C. Dreher
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 7/3/08
Lori A. Vosejpka, Clerk, By KK